**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01510-CR

**THOMAS GRADY LAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82182-10**

## ORDER

We **GRANT** Official Court Reporter Niki D. Garcia's February 12, 2014 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **March 11, 2014**.

/s/    LANA MYERS
            JUSTICE